1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7

ANTHONY JOHNSON,                          CASE NO.: 1:09-cv-01264-AWI-DLB PC

8
                          Plaintiff,

9                                         ORDER FINDING SERVICE OF COMPLAINT
                                          APPROPRIATE AND FORWARDING
        v.
10                                        DOCUMENTS TO PLAINTIFF

11   L. GONZALEZ, et al.,                 (Doc. 1)

12                          Defendants.
                                                        /
13

14        Plaintiff Anthony Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma

15   pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

16        Plaintiff filed this action on July 21, 2009.  The Court screened Plaintiff's complaint

17   pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under§ 1983

18   against defendants L. Gonzalez and A. Murrieta for use of excessive force in violation of the

19   Eighth Amendment.[1]

20        Accordingly, IT IS HEREBY ORDERED that:

21        1.      Service is appropriate for defendants

22                L. GONZALEZ

23                A. MURRIETA

24        2.      The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2)

25                summons, a Notice of Submission of Documents form, an instruction sheet and a

26                copy of the complaint filed July 21, 2009.

27

28        [1]  In a separate Findings and Recommendations, the Court recommended dismissal of Defendants A. Reed,
Derral G. Adams, and H. Sumaya from the action for failure to state a claim upon which relief may be granted.

3.      Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

     a.      Completed summons;

     b.      One completed USM-285 form for each defendant listed above; and

     c.      three (3) copies of the endorsed complaint filed July 21, 2009.

4.      Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      The failure to comply with this Order will result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **March 24, 2010**                    _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE