UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | Case No.: 1:09-cv-01264-AWI-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| v. | |
| L. GONZALEZ, et al., | |
| Defendants. | TWENTY-ONE DAY DEADLINE |

    Plaintiff Anthony Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendant Gonzales and Murrieta arising out of an alleged assault following the takedown by Defendant Gonzales on June 9, 2008.

    On August 22, 2014, Plaintiff filed a motion requesting an extension of time to file an amended complaint. Defendants did not respond. Defendants are HEREBY DIRECTED to file an opposition or statement of non-opposition to Plaintiff's request within twenty-one (21) days from the date of this order.

IT IS SO ORDERED.

    Dated: **September 29, 2014**      /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

Case 1:09-cv-01264-BAM   Document 117   Filed 09/29/14   Page 2 of 2

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28