# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>L. GONZALEZ, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-01264-AWI-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S CONSENT OR DECLINE FORM FILED ON OCTOBER 27, 2014<br>(ECF No. 122)<br><br>ORDER ASSIGNING ACTION TO UNITED STATES MAGISTRATE JUDGE BARBARA A. McAULIFFE |

Plaintiff Anthony Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2009, Plaintiff consented to the jurisdiction of the United States Magistrate Judge. (ECF No. 7.) On October 17, 2014, the Court issued a Second Scheduling Order, which required the parties to notify the Court whether they consented to Magistrate Judge jurisdiction. (ECF No. 120.) On October 20, 2014, Defendants Gonzales[1] and Murrieta consented to the jurisdiction of the United States Magistrate Judge. (ECF No. 121.) On October 22, 2014, Plaintiff filed a form declining to consent to Magistrate Judge jurisdiction. (ECF No. 122.) As

---

[1] Defendant was sued as "L. Gonzalez."

1

1  Plaintiff previously consented to Magistrate Judge jurisdiction, the form filed by Plaintiff on October
2  27, 2014, is HEREBY DISREGARDED.
3       In light of the fact that all parties to this action have consented to have a United States
4  Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a
5  final judgment, IT IS HEREBY ORDERED THAT:
6       1.   This action is assigned to United States Magistrate Judge Barbara A. McAuliffe for all
7  purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the
8  case, including the trial and entry of final judgment;
9       2.   The Clerk of the Court is directed to assign this action in its entirety to Magistrate
10 Judge Barbara A. McAuliffe, and
11      3.   The new case number shall be **1:09-cv-01264-BAM PC.**

13 IT IS SO ORDERED.
14 Dated:   October 31, 2014                    _____
15                                              SENIOR DISTRICT JUDGE