# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>L. GONZALEZ, et al.,<br><br>        Defendants. | Case No. 1:09-cv-01264-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR COURT TO HOLD A COMPETENCY HEARING PURSUANT TO RULE 17(c) ON SHORTENED TIME<br><br>(ECF No. 145)<br><br><u>Defendants' Response Deadline</u>:<br>**Friday, April 6, 2015**<br><br><u>Plaintiff's Supplemental Information Deadline:</u><br>**Friday, April 10, 2015** |

Plaintiff Anthony Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim of excessive force in violation of the Eighth Amendment against Defendants Gonzales (sued as L. Gonzalez) and Murrieta arising out of an alleged assault following the takedown by Defendant Gonzales on June 9, 2008. A jury trial is set for April 28, 2015.

On March 23, 2015, Plaintiff filed a motion for the Court to hold a competency hearing pursuant to Rule 17(c). Plaintiff asserts that he lack the mental competence to represent himself in this action because of his pain management medications, Gabapentin and Oxcarbazepine. (ECF No. 145.) Given the approaching trial date, the Court finds it appropriate to shorten the time for Defendants' response as allowed by Local Rule 230(l). Accordingly, Defendants are

HEREBY DIRECTED to file an opposition (or statement of non-opposition) to the motion on or before **Friday, April 3, 2015**.  Defendants' response should include, but is not limited to, Plaintiff's current medication regimen and the known related side-effects of any such medication.

Further, Plaintiff shall be required to serve and file all supplemental evidence that he wishes the Court to consider in connection with the instant motion, including his current medical records, on or before **Friday, April 10, 2015**.

Unless otherwise directed, no replies shall be filed.

IT IS SO ORDERED.

Dated:   **March 25, 2015**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE