UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. GONZALEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-01264-AWI-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR AN ORDER TO ALLOW PLAINTIFF'S INMATE WITNESSES TO WEAR PRISON KHAKIS AT TRIAL<br>(ECF No. 134) |

　　　　Plaintiff Anthony Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for a jury trial on April 26, 2015.

　　　　On February 20, 2015, Plaintiff filed a motion seeking an order allowing his inmate witnesses to wear prison khakis at trial. Plaintiff explains that Inmate Mayhan is a Muslim and wearing clothing that reveals his underwear or legs, such as the see-through orange jumpsuit, would violate his religious teachings. (ECF No. 134.)

　　　　As discussed at the hearing on April 21, 2015, Defendants do no oppose the request. Further, defense counsel has represented that inmate witnesses wear their ordinary prison uniforms at trial,

which are opaque. Accordingly, Plaintiff's motion for an order allowing his inmate witnesses to wear prison khakis at trial is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **April 21, 2015**                              /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE