UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. GONZALEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-01264-AWI-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR AN ORDER DIRECTING DEFENDANTS TO PROVIDE SCHEMATICS AND PHOTOS OF CSP-CORCORAN'S FACILITY 4B LAW LIBRARY AND PATHWAY<br><br>(ECF No. 135) |

　　　　Plaintiff Anthony Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for a jury trial on April 26, 2015.

　　　　On February 23, 2015, Plaintiff filed a motion seeking an order directing Defendants to provide schematics and photo of CSP-Corcoran's Facility 4B law library and pathway.  Plaintiff seeks to use these photos at trial.  (ECF No. 135.)

　　　　As discussed at the motion in limine hearing on April 21, 2015, Defendants provided copies of the photographs to the litigation coordinator at Plaintiff's facility, so that Plaintiff could view them. Defendants do not intend to use schematics at trial.  However, Defendants have submitted photos of the area outside the law library and the pathway as proposed trial exhibits (DX-6).

1

As Plaintiff has been allowed to view the photos and Defendants have submitted them as proposed trial exhibits, Plaintiff's motion is moot.  Accordingly, Plaintiff's motion for an order directing defendants to provide schematics and photos of CSP-Corcoran's Facility 4B Law Library and pathway is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **April 21, 2015**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2