

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, ) | Case No.: 1:09-cv-01264-BAM PC |
| Plaintiff, ) | NOTICE AND ORDER THAT WITNESS **MARIO RICHARD MADRID, CDCR #AP-3673**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. ) | |
| L. GONZALEZ, et al., ) | |
| Defendants. ) | |
| ) | (ECF No. 156) |

A jury trial in this matter commenced on April 28, 2015. Witness Mario Richard Madrid, CDCR #AP-3673, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 4/28/15

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1