

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>L. GONZALEZ, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-01264-BAM PC<br><br>NOTICE AND ORDER THAT WITNESS **HAYWARD L. MAYHAN, CDCR #P-60322**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 155) |

A jury trial in this matter commenced on April 28, 2015. Witness Hayward L. Mayhan, CDCR# P-60322, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 4/28/15

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1