UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | Case No.: 1:09-cv-01264-BAM PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 29, 2015, AT 8:00 A.M. |
| v. | |
| L. GONZALES and A. MURRIETA, | |
| Defendants. | |

Plaintiff Anthony Johnson, CDCR #V-92859, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, April 29, 2015, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: 4/28/15

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1