

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>L. GONZALES and A. MURRIETA,<br><br>            Defendants. | Case No.: 1:09-cv-01264-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **ANTHONY JOHNSON, CDCR # V-92859**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br>(ECF No. 154) |

A jury trial in this matter commenced on April 28, 2015. Plaintiff Anthony Johnson, CDCR #V-92859, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  4/29/15

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1